UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GATEWAY BANK, F.S.B., <br>     Plaintiff, <br> v. <br> DHI COMPUTING SERVICES, INC., <br>     Defendant. | Case No. 18-cv-03522-HSG <br><br> **ORDER REGARDING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 7 |

On June 15, 2018, Plaintiff Gateway Bank, F.S.B ("Gateway") moved *ex parte* for entry of a temporary restraining order ("TRO") and order to show cause regarding preliminary injunctive relief against Defendant DHI Computing Services, Inc. ("DHI"). *See* Dkt. No. 7.

On the record presented, the Court cannot conclude that the requirements of Federal Rule of Civil Procedure 65 are met so as to permit issuance of a TRO without notice. *See* Fed. R. Civ. P. 65(b)(1)(A) (court may issue temporary restraining order without notice to the adverse party only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition.").

Plaintiff is directed to serve the documents submitted to the Court under Docket Numbers 7 and 8 (the *ex* parte motion and supporting documents) and 11 (this order) on DHI by no later than 5 p.m. PST on Tuesday, June 19, 2018. Service of these documents may be effected on DHI via electronic mail. Plaintiff shall contact attorney Analise Wilson of the Kirton McConkie law firm, *see* Dkt. No. 7-2 ¶ 2, to determine if she will accept service of the TRO papers and this order. Plaintiff is directed to immediately notify the Court if Ms. Wilson declines to accept service on behalf of Defendant DHI.

Should DHI oppose the relief sought by Plaintiff, DHI must file a response with this Court by no later than Thursday, June 21, 2018. The Court will notify the parties whether a hearing will be held.

**IT IS SO ORDERED.**

Dated: 6/18/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge