KIRSCHENBAUM LAW, PC
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
RAYMOND E. LOUGHREY (SBN: 194363)
KRISTIN L. WILLIAMS (SBN: 312902)
328 15th Street
Oakland, CA 94612
Telephone: (510) 740-9260
Email: jeff@kirschenbaumlaw.com

Attorneys for Plaintiff Gateway Bank, F.S. B.,
a federal savings association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GATEWAY BANK, F.S.B., a federal savings association,<br><br>Plaintiff<br><br>vs.<br><br>DHI COMPUTING SERVICES, INC., a Utah corporation,<br><br>Defendant. | **CASE NO. 4:18-CV-03522-HSG**<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2** |

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of Kristin Williams filed herewith, the parties through their undersigned counsel hereby stipulate and respectfully request the Court extend the briefing schedule for Plaintiff's Response and Defendant's Reply to Defendant's Motion to Dismiss or Stay.

Plaintiff GATEWAY BANK, F.S.B. ("Plaintiff") and Defendant DHI COMPUTING SERVICES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, on July 6, 2018 Defendant filed its Notice of Motion and Motion to Dismiss or Stay (ECF No. 14) ("Motion"), which Motion Defendant noticed to be heard before this Court on September 13, 2018;

WHEREAS, Plaintiff's response to the Motion is due by July 20, 2018, and Defendant's Reply is due by July 27, 2018 (ECF No. 16);

WHEREAS, the Parties have reached a settlement regarding the issues giving rise to this matter and require additional time to document the settlement agreement;

WHEREAS, the Parties are not seeking to modify the September 13, 2018 date for which Defendant noticed its Motion to be heard;

WHEREAS, the Parties have agreed to the following revised briefing schedule: Due date for Plaintiff's Response to Motion shall be July 27, 2018, Due date for Defendant's Reply shall by August 3, 2018.

WHEREAS, the Parties have not previously requested an extension of this deadline;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the deadline to file Plaintiff's Response to the Motion shall be July 27, 2018, and the deadline to file Defendant's Reply shall be August 3, 2018.

**IT IS SO STIPULATED.**

|     |                        | Respectfully submitted,        |
| --- | ---------------------- | ------------------------------ |

Dated: July 20, 2018      KIRSCHENBAUM LAW, PC

By: _____/s/ K. Williams_____
      ~~Kristin~~ L. Williams
      Attorneys for Plaintiff
      Gateway Bank, F.S.B

Dated: July 19, 2018      KIRTON MCCONKIE

By: ___/s/*Christopher S. Hill*___
      Christopher S. Hill
      Attorneys for Defendant
      DHI Computing Services, Inc.

Pursuant to Civil local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/23/2018

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge