KIRSCHBAUM LAW, PC
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
RAYMOND E. LOUGHREY (SBN: 194363)
KRISTIN L. WILLIAMS (SBN: 312902)
328 15th Street
Oakland, CA 94612
Telephone: (510) 740-9260
Email: jeff@kirschenbaumlaw.com

Attorneys for Plaintiff Gateway Bank, F.S. B.,
a federal savings association

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GATEWAY BANK, F.S.B., a federal savings association,<br><br>Plaintiff<br><br>vs.<br><br>DHI COMPUTING SERVICES, INC., a Utah corporation,<br>Defendant, | CASE NO. 4:18-CV-03522<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

WHEREAS, Plaintiff Gateway Bank F.S.B. ("Plaintiff") filed this action against Defendant DHI Computing Services, Inc. ("Defendant") alleging claims for: (1) Breach of Contract, (2) Violation of California Penal Code section 502, and (3) Declaratory Relief;

WHEREAS, the Parties have entered into a written settlement agreement on or about July 26, 2018, by which Plaintiff releases any and all claims and causes of action at issue in this action.

THEREFORE, PLAINITFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action. The parties further stipulate that each party will bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 27, 2018

KIRSCHENBAUM LAW, PC

By: _____
Jeffrey B. Kirschenbaum
Attorneys for Plaintiff
Gateway Bank, F.S. B

Dated: July 27, 2018

KIRTON MCCONKIE

By: /s/ Christopher S. Hill
Christopher S. Hill
Attorneys for Defendant
DHI Computing Services, Inc.

Pursuant to Civil local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant DHI Computing Services, Inc. pursuant to FRCP 41(a)(1).
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 8/7/2018

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

4817-3576-7406